**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00685-CV

**IN RE TRUE HEALTH DIAGNOSTICS, LLC, AND JEFFREY P. "BOOMER" CORNWELL, Relators**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01046-2015**

## ORDER

Before the Court is relators' June 16, 2015 unopposed motion to dismiss the petition for writ of mandamus. We **GRANT** the motion. Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** each party to bear its own costs.

/s/     DAVID EVANS
         JUSTICE